UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34384 |
|---|---|
| LA QUINNA M. FORD | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 73 | DAYTON HEAD & NECK SURGEONS<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD STE 109<br>MORAINE, OH  45439 | 2.35 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/25/2011

Case 3:08-bk-34384    Doc 52    Filed 10/25/11    Entered 10/25/11 09:22:44    Desc Main
Document    Page 2 of 2


Certificate of Service 08-34384

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LA QUINNA M. FORD
716 HALLWORTH PLACE
TROTWOOD, OH  45426

BRIAN C PETROZIELLO
1 MAPLE ST
TROTWOOD, OH  45426

(73.1)
DAYTON HEAD & NECK SURGEONS
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD STE 109
MORAINE, OH  45439

(74.1n)
EDUCATIONAL CREDIT MANAGEMENT CORPORATION
BOX 75906
ST PAUL, MN  55175

(70.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(72.1n)
NCO PORTFOLIO MANAGEMENT
%BECKET & LEE LLP
BOX 3001
MALVERN, PA  19355

(69.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(66.1n)
SALLIE MAE INC
ATTN BANKRUPTCY LITIGATION
BOX 9430
WILKES BARRE, PA  18773

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv